UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN J. SHEFCIK, JR.,<br><br>           Plaintiff,<br><br>    v.<br><br>KING COUNTY,<br><br>           Defendant. | Case No. C08-5329 RJB/KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 8). The Court has reviewed the Report and Recommendation, Plaintiff's objections (Dkt. 9, 10), and the remainder of the file herein.

**I. DISCUSSION**

The Report and Recommendation recommends dismissal of this matter. First, the Report and Recommendation properly concludes that the plaintiff has failed to pay the filing fee or submit an application to proceed *in forma pauperis*. Second, the Report and Recommendation correctly concludes that there is no basis for removal under 28 U.S.C. § 1441, *et seq.* because only defendants may effect removal and the plaintiff apparently attempts to remove a matter he filed in state court four years ago. Dkt. 8. The plaintiff objects on two grounds:

First, the plaintiff maintains that no filing fee is required because he did not file a complaint before this Court but instead filed a notice of removal. The Report and Recommendation thoroughly addresses this contention, properly concluding that there is no basis for the removal and that the plaintiff may only maintain a cause of action if he pays the filing fee or is granted *in forma pauperis* status.

ORDER
Page - 1

Second, the plaintiff contends that venue is proper in Seattle. In the Order to Show Cause, the plaintiff was "advised that his case was assigned to the United States District for the Western District of Washington sitting in Tacoma because it has jurisdiction over cases filed by prisoners at the Stafford Creek Corrections Center where Plaintiff indicates that he is currently housed. (Dkt. # 1)." Dkt. 6 at 2. The plaintiff's attempted removal concerns a matter filed in Pierce County Superior Court. Therefore, the plaintiff fails to demonstrate that his case should not have been filed in Tacoma or should be transferred to Seattle. *See* Local Rule CR 5(e)(1) "In all civil cases in which all defendants reside, or in which the claim arose, in the count[y] of . . . Pierce, . . . the case file will be maintained in Tacoma.").

## II. ORDER

Therefore, it is hereby

**ORDERED** that the Court **ADOPTS** the Report and Recommendation (8), Plaintiff's request to transfer this case to the Northern District of California (Dkt. # 4) is **DENIED**, and this action is **DISMISSED**.

The Clerk is directed to send copies of this Order to Plaintiff and any other party that has appeared in this action.

DATED this 16th day of September, 2008.

ROBERT J. BRYAN
United States District Judge